UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Dominic Fowler,

            Plaintiff,

v.

P.N. Financial, Inc.; and DOES 1-10, inclusive,

           Defendants.

Civil Action No.: 1:13-cv-00463-RJJ

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Dominic Fowler ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 28, 2013

           Respectfully submitted,

           By: */s/ Sergei Lemberg*

           Sergei Lemberg, Esq.
           Lemberg & Associates L.L.C.
           1100 Summer Street, 3rd Floor
           Stamford, CT 06905
           Telephone: (203) 653-2250
           Facsimile:  (203) 653-3424
           Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By */s/ Sergei Lemberg*

                                  Sergei Lemberg, Esq.